In re:  Case No. 21-00337-HWV

Lester Lawrence Vogelsong, Jr  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 25, 2021 | Form ID: ntcnfhrg | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lester Lawrence Vogelsong, Jr, 17 Beechcliff Drive, Carlisle, PA 17015-9098 |
| cr | + | NewRezLLC d/b/a Shellpoint Mortgage Servicing, 130 CLINTON RD #202, Fairfield, NJ 07004-2927 |
| 5391642 | | CAC COMMERCIAL ACCEPTANCE CORP, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5391643 | + | CBE GROUP CORP, 1309 TECHNOLOGY PKWY, CEDAR FALLS, IA 50613-6976 |
| 5391647 | | COML ACCEPT, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5391650 | + | EAST PENNSBORO AMBULANCE SERVICE, PO BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5391651 | + | ENCOMPASS HEALTH REHAB HOSPITAL, 175 LANCASTER AVE, MECHANICSBURG, PA 17055-3562 |
| 5391652 | | GEISINGER HEALTH PLAN, ATTN: CORRESPONDENCE, 100 NORTH ACADEMY AVENUE, DANVILLE, PA 17821-3229 |
| 5391653 | | GEISINGER HEALTH SYSTEM, 100 NORTH ACADEMY AVENUE, DANVILLE, PA 17822-3941 |
| 5391654 | | GEISINGER HOLY SPIRIT, 100 N ACADEMY AVE, DANVILLE, PA 17822-3902 |
| 5391655 | + | GEISINGER HOLY SPIRIT HOSPITAL, 503 N 21ST STREET, CAMP HILL, PA 17011-2288 |
| 5391656 | | IC SYSTEM, 444 HIGHWAY 96 EAST, PO BOX 64794, ST PAUL, MN 55164-0794 |
| 5391659 | | MSHMC PHYSICIANS GROUP, BILLING SERVICES, PO BOX 854, HERSHEY, PA 17033-0854 |
| 5391661 | + | NTB/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5393369 | + | NewRezLLC, d.b.a Shellpoint Mortgage Servicing, 130 Clinton Rd 202, Fairfield, NJ 07004-2927 |
| 5391662 | + | PENN CREDIT CORP, 2800 COMMERCE DRIVE, PO BOX 69703, HARRISBURG, PA 17106-9703 |
| 5391663 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5391666 | + | RADIUS GLOBAL SOLUTIONS LLC, PO BOX 390905, MINNEAPOLIS, MN 55439-0905 |
| 5391667 | + | SEQUIUM ASSET SOLUTIONS LLC, 1130 NORTHCHASE PKWY STE 150, MARIETTA, GA 30067-6429 |
| 5391668 | + | SHELLPOINT MORTGAGE SERVICING, 55 BEATTIE PLACE, GREENVILLE, SC 29601-2165 |
| 5391669 | + | SILVER SPRING AMBULANCE & RESCUE, PO BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5391672 | + | TORRES CREDIT SERVICES, 27 FAIRVIEW ST, PO BOX 189, CARLISLE, PA 17013-0189 |
| 5391675 | + | UNITED COLLECTION BUREAU INC, 5620 SOUTHWYCK BLVD SUITE 206, TOLEDO, OH 43614-1501 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5391641 | + | Email/Text: g17768@att.com | Mar 25 2021 19:09:00 | AT&T - BANKRUPTCY, 4331 COMMUNICATIONS DR, FIR 4W, DALLAS, TX 75211-1300 |
| 5391644 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 25 2021 19:10:00 | CCS, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 5391645 | + | Email/Text: dehartstaff@pamd13trustee.com | Mar 25 2021 19:10:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036-8625 |
| 5391646 | + | Email/Text: mediamanagers@clientservices.com | Mar 25 2021 19:09:00 | CLIENT SERVICES INC, 3451 HARRY S TRUMAN BLVD, ST CHARLES, MO 63301-9816 |
| 5391648 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2021 19:10:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 5391673 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 25 2021 19:09:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5394344 | Email/Text: G06041@att.com | Mar 25 2021 19:10:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5391657 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2021 19:10:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5391658 | Email/Text: unger@members1st.org | Mar 25 2021 19:10:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5391660 | Email/Text: Bankruptcies@nragroup.com | Mar 25 2021 19:10:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5391664 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2021 19:09:00 | PNC BANK NA, BK NOTICES, PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 5391665 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 25 2021 19:09:00 | PNC MORTGAGE, BANKRUPTCY DEPT, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 5391670 + | Email/PDF: clerical@simmassociates.com | Mar 25 2021 19:27:02 | SIMM ASSOCIATES INC, 800 PENCADER DRIVE, NEWARK, DE 19702-3354 |
| 5391671 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2021 19:27:14 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5391674 + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 25 2021 19:09:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5391676 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 25 2021 19:09:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5391649 | ##+ | CREDIT CONTROL LLC, 4710 EISENHOWER BLVD A2, TAMPA, FL 33634-6308 |
| 5391677 | ##+ | YOUNGS MEDICAL EQUIPMENT, 6345 FLANK DRIVE, STE 1600, HARRISBURG, PA 17112-2796 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2021          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Lester Lawrence Vogelsong Jr karagendronecf@gmail.com, doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | | |
|---|---|---|
| Lester Lawrence Vogelsong Jr,<br>aka Lester Lawrence Vogelsong, fdba Lester Vogelsong Painting Contractor,<br><br>**Debtor 1** | Chapter<br><br>Case No. | 13<br><br>1:21−bk−00337−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 21, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: April 28, 2021<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 25, 2021 |

ntcnfhrg (03/18)