# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

April 15, 2021

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:  Lester Lawrence Vogelsong, Jr
      Bankruptcy No:1:21-bk-00337

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

IC SYSTEM
444 HIGHWAY 96 EAST
PO BOX 64794
ST PAUL, MY 55164-0794

to:

IC SYSTEM
444 HIGHWAY 96 EAST
ST PAUL, MN 55164


Please remove old address from mailing matrix.


Thank you for your attention to this matter.

Sincerely,

/ s/ Elizabeth Snyder

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law