UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                         CASE NO.: 21-00337
                                                                                CHAPTER 13

Lester Lawrence Vogelsong, Jr,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                         Robertson, Anschutz, Schneid, Crane &
                                         Partners, PLLC
                                         Attorney for Secured Creditor
                                         13010 Morris Rd., Suite 450
                                         Alpharetta, GA  30004
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425

                                  By: /s/Michelle L. McGowan, Esq.
                                         Michelle L. McGowan, Esq.
                                         Email: mimcgowan@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on August 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LESTER LAWRENCE VOGELSONG, JR
17 BEECHCLIFF DRIVE
CARLISLE, PA 17015

And via electronic mail to:

MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

                                                By: /s/ Amber Matas