IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>LESTER LAWRENCE VOGELSONG, JR<br>aka Lester Lawrence Vogelsong; fdba Lester Vogelsong Painting Contractor<br><br>      Debtor(s)<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST<br>      Movant<br>vs.<br>LESTER LAWRENCE VOGELSONG, JR<br>aka Lester Lawrence Vogelsong; fdba Lester Vogelsong Painting Contractor<br><br>      Respondent(s) | **CHAPTER 13**<br><br>**CASE NO. 1:21-bk-00337** |

### ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted; however, the debtor mistakenly believed that the mortgage company was paying the real estate taxes and insurance.

8. Admitted; see response to paragraph 7.

9. Admitted that the sums seem approximately correct; see response to paragraph 7.

10. Admitted that the sums seem approximately correct; see response to paragraph 7.

11. Admitted. Movant is protected by an equity cushion of over $250,000.00.

12. Denied that Movant is entitled to relief. Movant is protected by an equity cushion of over $250,000.00 and Debtor will cure the advances either through a loan modification or PAHAF assistance.

13. Denied.

14. Denied.

15. Denied.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com