November 25, 2024

To whom it may concern,

I do not want the court to grant relief in this case. I object to the motion. I am working with the mortgage company at this time and have submitted an application for mortgage assistance as they recommended for getting a loan modification or payment plan to work towards paying them all of the amount due.

I am on a fixed income and have many physical and cognitive limitations following two major strokes I endured in July and August of 2019. My daughter, Lillian Vogelsong, left college at 22 years old. She has been helping to care for me and manage my affairs the best she can. She has been trying to do everything possible to keep me independent and living in the home I personally built in 1995. I thought I was in good standing from keeping up with the monthly bankruptcy payments, and did not previously realize action needed to be taken until recently, when the bankruptcy lawyer reached out and I received the legal notice from Selene's Lawyers. Since then, she has helped me apply for a loan modification to take responsibility for this. She is also applying for potential assistance in funding from PA HAF as well as other organizations. I will pay them the amount owed given additional time. Please do not grant relief in this case. We are actively working with the mortgage company.

Thank you,

Lester Vogelsong

& daughter Lillian Vogelsong

11/25/2024

Case 1:21-bk-00337-HWV