United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00337-HWV |
| Lester Lawrence Vogelsong, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Dec 18, 2025 | Form ID: 3180W | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lester Lawrence Vogelsong, Jr, 17 Beechcliff Drive, Carlisle, PA 17015-9098 |
| 5391642 | | CAC COMMERCIAL ACCEPTANCE CORP, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5391643 | + | CBE GROUP CORP, 1309 TECHNOLOGY PKWY, CEDAR FALLS, IA 50613-6976 |
| 5391649 | + | CREDIT CONTROL LLC, 4710 EISENHOWER BLVD A2, TAMPA, FL 33634-6308 |
| 5391650 | + | EAST PENNSBORO AMBULANCE SERVICE, PO BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5391651 | + | ENCOMPASS HEALTH REHAB HOSPITAL, 175 LANCASTER AVE, MECHANICSBURG, PA 17055-3562 |
| 5391652 | | GEISINGER HEALTH PLAN, ATTN: CORRESPONDENCE, 100 NORTH ACADEMY AVENUE, DANVILLE, PA 17821-3229 |
| 5391653 | | GEISINGER HEALTH SYSTEM, 100 NORTH ACADEMY AVENUE, DANVILLE, PA 17822-3941 |
| 5391654 | | GEISINGER HOLY SPIRIT, 100 N ACADEMY AVE, DANVILLE, PA 17822-3902 |
| 5391655 | + | GEISINGER HOLY SPIRIT HOSPITAL, 503 N 21ST STREET, CAMP HILL, PA 17011-2288 |
| 5391659 | | MSHMC PHYSICIANS GROUP, BILLING SERVICES, PO BOX 854, HERSHEY, PA 17033-0854 |
| 5391663 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5391669 | + | SILVER SPRING AMBULANCE & RESCUE, PO BOX 726, NEW CUMBERLAND, PA 17070-0726 |
| 5391672 | + | TORRES CREDIT SERVICES, 27 FAIRVIEW ST, PO BOX 189, CARLISLE, PA 17013-0189 |
| 5391677 | + | YOUNGS MEDICAL EQUIPMENT, 6345 FLANK DRIVE, STE 1600, HARRISBURG, PA 17112-2796 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Dec 18 2025 18:40:00 | NewRezLLC d/b/a Shellpoint Mortgage Servicing, 130 CLINTON RD #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 18 2025 18:40:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5391641 | + | EDI: ATTWIREBK.COM | Dec 18 2025 23:40:00 | AT&T - BANKRUPTCY, 4331 COMMUNICATIONS DR, FIR 4W, DALLAS, TX 75211-1300 |
| 5391644 | + | EDI: CCS.COM | Dec 18 2025 23:40:00 | CCS, 725 CANTON STREET, NORWOOD, MA 02062-2609 |
| 5391646 | + | Email/Text: mediamanagers@clientservices.com | Dec 18 2025 18:40:00 | CLIENT SERVICES INC, 3451 HARRY S TRUMAN BLVD, ST CHARLES, MO 63301-9816 |
| 5391647 | | Email/Text: dylan.succa@commercialacceptance.net | Dec 18 2025 18:40:00 | COML ACCEPT, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5391648 | | EDI: PENNDEPTREV | Dec 18 2025 23:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5402157 | | EDI: CITICORP | Dec 18 2025 23:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5391673 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 18 2025 18:40:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5394344 | EDI: DIRECTV.COM | Dec 18 2025 23:40:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5391656 + | EDI: LCIICSYSTEM | Dec 18 2025 23:40:00 | IC SYSTEM, 444 HIGHWAY 96 EAST, ST PAUL, MN 55127-2557 |
| 5391657 | EDI: IRS.COM | Dec 18 2025 23:40:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5391645 | Email/Text: info@pamd13trustee.com | Dec 18 2025 18:40:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5391658 | Email/Text: unger@members1st.org | Dec 18 2025 18:40:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5391660 | Email/Text: Bankruptcies@nragroup.com | Dec 18 2025 18:40:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5402760 | Email/Text: mtgbk@shellpointmtg.com | Dec 18 2025 18:40:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5391661 + | EDI: CITICORP | Dec 18 2025 23:40:00 | NTB/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5393369 + | Email/Text: RASEBN@raslg.com | Dec 18 2025 18:40:00 | NewRezLLC, d.b.a Shellpoint Mortgage Servicing, 130 Clinton Rd 202, Fairfield, NJ 07004-2927 |
| 5391662 | Email/Text: bankruptcies@penncredit.com | Dec 18 2025 18:40:00 | PENN CREDIT CORP, 2800 COMMERCE DRIVE, PO BOX 69703, HARRISBURG, PA 17106 |
| 5391664 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 18 2025 18:40:00 | PNC BANK NA, BK NOTICES, PO BOX 94982, CLEVELAND, OH 44101-0570 |
| 5407692 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 18 2025 18:40:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5391665 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 18 2025 18:40:00 | PNC MORTGAGE, BANKRUPTCY DEPT, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 5404603 | EDI: PRA.COM | Dec 18 2025 23:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5391666 + | Email/Text: ngisupport@radiusgs.com | Dec 18 2025 18:40:00 | RADIUS GLOBAL SOLUTIONS LLC, PO BOX 390905, MINNEAPOLIS, MN 55439-0905 |
| 5391667 | Email/Text: bankruptcy@sequium.com | Dec 18 2025 18:40:00 | SEQUIUM ASSET SOLUTIONS LLC, 1130 NORTHCHASE PKWY STE 150, MARIETTA, GA 30067 |
| 5391668 + | Email/Text: mtgbk@shellpointmtg.com | Dec 18 2025 18:40:00 | SHELLPOINT MORTGAGE SERVICING, 55 BEATTIE PLACE, GREENVILLE, SC 29601-2165 |
| 5391670 + | Email/PDF: clerical@simmassociates.com | Dec 18 2025 18:53:18 | SIMM ASSOCIATES INC, 800 PENCADER DRIVE, NEWARK, DE 19702-3354 |
| 5391671 | EDI: CITICORP | Dec 18 2025 23:40:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5647599 + | Email/Text: RASEBN@raslg.com | Dec 18 2025 18:40:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 5588287 + | Email/Text: bkteam@selenefinance.com | Dec 18 2025 18:40:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 5588288 + | Email/Text: bkteam@selenefinance.com | Dec 18 2025 18:40:00 | U.S. Bank Trust National Association, Selene |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 5391674 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 18 2025 18:40:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5391675 | + | Email/Text: BAN5620@UCBINC.COM | Dec 18 2025 18:40:00 | UNITED COLLECTION BUREAU INC, 5620 SOUTHWYCK BLVD SUITE 206, TOLEDO, OH 43614-1501 |
| 5391676 | | EDI: VERIZONCOMB.COM | Dec 18 2025 23:40:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5405282 | | EDI: AIS.COM | Dec 18 2025 23:40:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

**Name**    **Email Address**

Charles G. Wohlrab
  on behalf of Creditor NewRezLLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Denise E. Carlon
  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Dorothy L Mott
  on behalf of Debtor 1 Lester Lawrence Vogelsong  Jr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos
  ecf_pahu_alt@trustee13.com

Kara Katherine Gendron
  on behalf of Debtor 1 Lester Lawrence Vogelsong  Jr kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com

Michelle McGowan
  on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPA CITY BUT

| | |
|---|---|
| Michelle McGowan | SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com |
| | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lester Lawrence Vogelsong Jr<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8959<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:21-bk-00337-HWV | | |

# Order of Discharge                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lester Lawrence Vogelsong Jr
aka Lester Lawrence Vogelsong, fdba Lester
Vogelsong Painting Contractor

**By the court:**   *[signature]*

12/18/25

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**